IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01491-BNB

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

LOUIS CABLING, Acting Medical Doctor, Individual and Official Capacity,
JERRY SUTTON, Acting Medical Doctor, Individual and Official Capacity,
DAVID OBA, Acting Medical Doctor, Individual and Official Capacity,
MARY CARDENAS, Acting Medical Nurse, Individual and Official Capacity,
JOHN DOE #1, Acting Indian Physicians Assistant, Individual and Official Capacity,
JOHN DOE #2, Acting White Physicians Assistant, Individual and Official Capacity,
JANE DOE, Acting Female Medical Doctor, Individual and Official Capacity,
KIM COLLIMORE, Acting Physicians Assistant, Individual and Official Capacity,
JUDY BREISENDINE, Acting Office Manager, Individual and Official Capacity,
LAURI KNADD, Acting Assistant Office Manager, Individual and Official Capacity,
ROBERT DILL, Acting Physicians Assistant, Individual and Official Capacity,
A. ACORD, Acting L.P.N., Individual and Official Capacity, and
TEDDY LAWRENCE, Acting Physicians Assistant, Individual and Official Capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
                         CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

DATED August 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01491-BNB

Jeffery John Harris
Prisoner No. 101324
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/6/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk