FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01491-EWN-CBS

JEFFREY JOHN HARRIS

       Plaintiff,

v.

LOUIS CABLING, Acting Medical Doctor, Individual and Official Capacity,
JERRY SUTTON, Acting Medical Doctor, Individual and Official Capacity,
DAVID OBA, Acting Medical Doctor, Individual and Official Capacity,
MARY CARDENAS, Acting Medical Nurse, Individual and Official Capacity,
JOHN DOE #1, Acting Indian Physicians Assistant, Individual and Official Capacity,
JOHN DOE #2, Acting White Physicians Assistant, Individual and Official Capacity,
JANE DOE, Acting Female Medical Doctor, Individual and Official Capacity,
KIM COLLIMORE, Acting Physicians Assistant, Individual and Official Capacity,
JUDY BREISENDINE, Acting Office Manager, Individual and Official Capacity,
LAURI KNADD, Acting Assistant Office Manager, Individual and Official Capacity,
ROBERT DILL, Acting Physicians Assistant, Individual and Official Capacity,
A. ACORD, Acting L.P.N., Individual and Official Capacity, and
TEDDY LAWRENCE, Acting Physicians Assistant, Individual and Official Capacity,

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: August 21, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01491-EWN-CBS

Jeffrey J. Harris
Doc. No. 101324
CTCF
PO Box 1010
Canon City, CO 81215

Lucy Hernandez - **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR: Louis Cabling, Jerry Sutton, David Oba, Mary Cardenas, Kim Collimore, Judy Breisendine, Lauri Knadd, Robert Dill, and A. Acord**

Teddy Lawrence -**WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Teddy Lawrence; to Judy Fuchs for service of process on Louis Cabling, Jerry Sutton, David Oba, Mary Cardenas, Kim Collimore, Judy Breisendine, Lauri Knadd, Robert Dill, and A. Acord; to John Suthers: COMPLAINT FILED 7/16/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/27/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk