# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Action No. 08-cv-01491-PAB-CBS

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

LOUIS CABLING, et al.,

    Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Brimmer, J.**

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

- (X)   Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X)   Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X)   Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X)   Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- ( )   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

- (X)   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

Dated November 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Philip A. Brimmer**
**Philip A. Brimmer**
**United States District Judge**