IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01491-PAB-CBS

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

LOUIS CABLING,
JERRY SUTTON,
DAVID OBA,
MARY CARDENAS,
JOHN DOE #1,
JOHN DOE #2,
JANE DOE,
KIM COLLIMORE,
JUDY BREISENDINE,
LAURI KNADD,
ROBERT DILL,
A. ACORD, and
TEDDY LAWRENCE,

    Defendants.
_____

## ORDER DISMISSING CERTAIN DEFENDANTS
_____

**Brimmer, J.**

This matter is before me on plaintiff's "Notice of Dismissal with Prejudice of All Claims Against Defendants Sutton and Laurence [sic] Only", filed November 12, 2008 (Docket No. 33). I will construe plaintiff's Notice as a motion to dismiss such parties.

Defendant Teddy Lawrence filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on October 27, 2008 (Docket No. 29). In light of plaintiff's motion to dismiss, such motion is now moot.

THEREFORE, it is

ORDERED that plaintiff's Notice of Dismissal with Prejudice of All Claims Against Defendants Sutton and Laurence [sic] Only, filed November 12, 2008, is **GRANTED**. It is further

ORDERED that all claims against defendants Jerry Sutton (a/k/a Jere Sutton) and Teddy Lawrence are dismissed with prejudice, with each party to bear his own attorneys' fees and costs. It is further

ORDERED that defendant Lawrence's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 29) is **DENIED** as moot.

Dated November 19, 2008.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge