**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 08-cv-01491-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 1, 2008** | **Courtroom Deputy:** Ben Van Dyke |

JEFFREY JOHN HARRIS,            Cheryl L. Trine

    **Plaintiff,**

v.

LOUIS CABLING, in his individual and official        Jennifer L. Veiga
capacities, *et al.*,

    **Defendant(s).**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**     1:30 p.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court The Motion for Leave to Amend Complaint (*doc. 35*).

**ORDERED:**     **The oral motion to withdraw without prejudice The Motion for Leave to Amend Complaint [filed November 17, 2008; doc. 35] is granted. The motion (*doc. 35*) is hereby withdrawn without prejudice.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 16, 2009.**

Discovery Cut-off: **June 1, 2009.**

Dispositive Motions deadline: **July 1, 2009.**

Parties shall designate affirmative experts **on or before March 1, 2009.**

Parties shall designate rebuttal experts **on or before April 20, 2009.**

Each side shall be limited to **five (5)** expert witnesses, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than April 29, 2009**.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE** is set for **February 9, 2009 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before February 3, 2009** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**FINAL PRETRIAL CONFERENCE** is set for **September 16, 2009 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:      2:02 p.m.**
Total time in court:    00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.