IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01491–PAB–CBS

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Tennessee corporation;
LOUIS CABLING,
individually and in his official capacity as physician,
DAVID OBA,
individually and in his official capacity as physician,
KIM COLLYMORE,
individually and in his official capacity as physicians assistant,
DEBBIE WILLIAMS,
individually and in her official capacity as R.N.;
STEPHEN MATHEWS,
individually and in his official capacity as L.P.N.;
JAMIE MILLER,
individually and in her official capacity as R.N.;
JUDY BREIZENTINE,
individually and in her official capacity as R.N.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Withdrawal of Erin C. Asborno (*doc. #59*) is GRANTED.

    Attorney Erin C. Asborno is relieved of any further representation of *Defendants Corrections Corporation of America, Cabiling, Oba, Collymore, Williams, Matthews, Miller, and Breisendine* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Ms. Asborno and to remove her from the electronic certificate of mailing.

**DATED:** February 3, 2009