IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01491-PAB-CBS

JEFFREY JOHN HARRIS

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation,
LOUIS CABILING, Acting Medical Doctor, Individual and Official Capacity,
DAVID OBA, Acting Medical Doctor, Individual and Official Capacity,
KIM COLLYMORE, Acting Physician's Assistant, Individual and Official Capacity,
DEBBIE WILLIAMS, Registered Nurse, Individual and Official Capacity,
STEPHEN MATTHEWS, L.P.N., Individual and Official Capacity,
JAMIE MILLER, Registered Nurse, Individual and Official Capacity,
JUDY BREISENDINE, Acting Office Manager, Individual and Official Capacity,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO ALLOW DEPOSITIONS OF PLAINTIFF JEFFREY JOHN HARRIS AND INMATE NICHOLAS WHITE PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

THIS MATTER COMES before the Court on Defendants' Motion to Allow Depositions of Plaintiff Jeffrey John Harris and Inmate Nicholas White according to Fed. R. Civ. P. 30(a)(2) (*doc. # 69*). The Court hereby Orders as follows:

The Motion to Allow Depositions of Plaintiff Jeffrey John Harris and Nicholas White Pursuant to Fed. R. Civ. P. 30(a)(2) is GRANTED. Defendants are hereby permitted to take the depositions of Plaintiff Jeffrey John Harris and Inmate Nicholas White at the Crowley Correctional Center on dates that are mutually acceptable to the parties and to the authorities at Crowley Correctional Center.

DATED at Denver, Colorado, this 19th day of February, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge