IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01491–PAB–CBS

JEFFERY JOHN HARRIS,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Tennessee corporation;
LOUIS CABLING,
individually and in his official capacity as physician,
DAVID OBA,
individually and in his official capacity as physician,
KIM COLLYMORE,
individually and in his official capacity as physicians assistant,
DEBBIE WILLIAMS,
individually and in her official capacity as R.N.;
STEPHEN MATHEWS,
individually and in his official capacity as L.P.N.;
JAMIE MILLER,
individually and in her official capacity as R.N.;
JUDY BREIZENTINE,
individually and in her official capacity as R.N.,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court upon Plaintiff's Notice of Acceptance of Protective Order and Unopposed Motion to Vacate Hearing (*doc. # 82).*

      IT IS HEREBY ORDERED that Defendants' Motion for Protective Order (*doc. # 76)* is GRANTED. The proposed stipulated protective order (*doc. no. 76-2)* is accepted by the court. The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

IT IS FURTHER ORDERED that the hearing set for March 25, 2009 is **VACATED**.

IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Extension of Discovery Deadline (*doc. # 79*) is GRANTED.  The discovery deadline is extended to **July 1, 2009** for the purposes of deposing Mr. White, Dr. Oba, Ms. Collymore and potential expert witnesses disclosed by the parties.

IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Defendants to Participate in the March 30, 2009 Settlement Conference Telephonically (*doc. # 80)* is GRANTED.  Defendants are instructed to provide their counsel with the proper contact information so they can be reached, as needed, during the settlement conference.

**DATED:**        March 13, 2009