IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01491–PAB–CBS

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Tennessee corporation;
LOUIS CABLING,
individually and in his official capacity as physician,
DAVID OBA,
individually and in his official capacity as physician,
KIM COLLYMORE,
individually and in his official capacity as physicians assistant,
DEBBIE WILLIAMS,
individually and in her official capacity as R.N.;
STEPHEN MATHEWS,
individually and in his official capacity as L.P.N.;
JAMIE MILLER,
individually and in her official capacity as R.N.;
JUDY BREIZENTINE,
individually and in her official capacity as R.N.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion to Allow Inmate Depositions Pursuant to Fed. R. Civ. P. 30(a)(2), (*doc. # 92)* is GRANTED. Defendants are hereby permitted to take the depositions of Inmate Nicholas White, Inmate John Priester and Inmate Darrell Washington and any other inmate endorsed by the plaintiff at the Crowley Correctional Center on dates that are mutually acceptable to the parties and to the authorities at Crowley Correctional Center.

**DATED:**    April 10, 2009