IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01491–PAB–CBS

JEFFERY JOHN HARRIS,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Tennessee corporation;
LOUIS CABLING,
individually and in his official capacity as physician,
DAVID OBA,
individually and in his official capacity as physician,
KIM COLLYMORE,
individually and in his official capacity as physicians assistant,
DEBBIE WILLIAMS,
individually and in her official capacity as R.N.;
STEPHEN MATHEWS,
individually and in his official capacity as L.P.N.;
JAMIE MILLER,
individually and in her official capacity as R.N.;
JUDY BREIZENTINE,
individually and in her official capacity as R.N.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion to Compel Plaintiff to Sign Authorization for Release of Military Personnel Records (*doc. # 95)* is DENIED, without prejudice.  The court does not permit counsel to file a disputed discovery motion unless and until counsel complies fully with Local Rule 7.1 A *and* this court's practice standards regarding discovery disputes, as explained during the Rule 16(b) scheduling conference held on December 1, 2008.

**DATED:**    April 20, 2009