IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01491-PAB-CBS

JEFFREY JOHN HARRIS,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation,
LOUIS CABILING, Acting Medical Doctor, Individual and Official Capacity,
DAVID OBA, Acting Medical Doctor, Individual and Official Capacity,
KIM COLLYMORE, Acting Physician's Assistant, Individual and Official Capacity,
DEBBIE WILLIAMS, Registered Nurse, Individual and Official Capacity,
STEPHEN MATTHEWS, L.P.N., Individual and Official Capacity,
JAMIE MILLER, Registered Nurse, Individual and Official Capacity,
JUDY BRIZENDINE, Acting Office Manager, Individual and Official Capacity,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Joint Stipulated Motion for Dismissal With Prejudice [Docket No. 109]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Stipulated Motion for Dismissal With Prejudice [Docket No. 109] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 16, 2009.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge